Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 17−10794
Chapter: 13
Judge: Carol A. Doyle

In Re:
  Jacinta Robinson
  1533 E 71st Place Apt. 2
  Chicago, IL 60619

Social Security / Individual Taxpayer ID No.:
  xxx−xx−5538

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 18, 2018

FOR THE COURT

Dated: September 18, 2018    Jeffrey P. Allsteadt , Clerk
                              United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jacinta Robinson  
      Debtor

Case No. 17-10794-CAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: cpatterso | Page 1 of 2 | Date Rcvd: Sep 18, 2018 |
| | Form ID: ntcdsm | Total Noticed: 24 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
```
db             +Jacinta Robinson,    1533 E 71st Place Apt. 2,   Chicago, IL 60619-1507
25518366       +ACSI BENTON,    10965 Decatur Rd,    Philadelphia, PA 19154-3210
25518372       +CASH-PRO INC,    101 PLAZA EAST BLVD STE,    EVANSVILLE, IN 47715-2804
25518376      ++COMED,    1919 SWIFT DR,    OAKBROOK IL 60523-1502
                (address filed with court:  ComEd,     3 Lincokln Cetre,    c/o Sabrina Copelan,
                Villa Park, IL 60181)
25518377       +City of Chicago Parking,    121 N. LaSalle St # 107A,    Chicago, IL 60602-1232
25518370       +DIVERSIFIED,    Po Box 1391,    Southgate, MI 48195-0391
25518367       +MONTEREY FINANCIAL SVC,    4095 AVENIDA DE LA PLATA,    OCEANSIDE, CA 92056-5802
25898624       +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
25518374      #+SUN LOAN #249,    1400 W Main St,    Carbondale, IL 62901-2276
25518379       +The Pointe at SIU,    900 E Park St,    Carbondale, IL 62901-3954
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25518364       +E-mail/Text: bknotices@conduent.com Sep 19 2018 02:05:42      ACS/FRONT RANGE BANK,
                PO Box 7051,    Utica, NY 13504-7051
25518371       +EDI: AFNIRECOVERY.COM Sep 19 2018 05:33:00      AFNI, INC,    PO Box 3517,
                Bloomington, IL 61702-3517
25897099       +EDI: CINGMIDLAND.COM Sep 19 2018 05:33:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                KAREN A. CAVAGNARO   LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
25518368       +E-mail/Text: bankruptcy@credencerm.com Sep 19 2018 02:05:11      CREDENCE RESOURCE MANA,
                17000 DALLAS PKWY STE 20,    DALLAS, TX 75248-1940
25518373       +E-mail/Text: kzoepfel@credit-control.com Sep 19 2018 02:01:52      CREDIT CNTRL,
                5757 PHANTOM DR. SUITE 330,    HAZELWOOD, MO 63042-2429
25577822       +EDI: PHINHARRIS Sep 19 2018 05:33:00      City of Chicago Department of Finance,
                c/o Arnold Scott Harris,    111 W  Jackson Blvd Ste 600,    Chicago,IL 60604-3517
25518365       +EDI: NAVIENTFKASMDOE.COM Sep 19 2018 05:33:00      DEPT OF ED/NAVIENT,    PO BOX 9635,
                WILKES BARRE, PA 18773-9635
25870760       +EDI: AIS.COM Sep 19 2018 05:28:00      Directv, LLC,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
25518369       +E-mail/Text: bknotice@ercbpo.com Sep 19 2018 02:02:07      ENHANCED RECOVERY CO L,
                8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
25665433       +E-mail/Text: ISAC.Bankruptcy@illinois.gov Sep 19 2018 02:00:43
                Illinois Student Assistance Commission,    1755 Lake Cook Rd,    Deerfield, IL 60015-5209
25815584        EDI: NAVIENTFKASMSERV.COM Sep 19 2018 05:28:00      Navient Solutions, LLC on behalf of,
                Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
25570427       +E-mail/Text: bankruptcy@oldnational.com Sep 19 2018 02:04:14      Old National Bank,
                PO Box 3475,    Evansville, IN 47733-3475
25518380       +E-mail/Text: bankruptcy@cottonwoodfinancial.com Sep 19 2018 02:00:53      The Cash Store,
                1701 N. Larkin Ave,    Crest Hill, IL 60403-1971
25518378       +EDI: VERIZONCOMB.COM Sep 19 2018 05:28:00      VERIZON,    455 Duke Drive,
                Franklin, TN 37067-2701
                                                                                              TOTAL: 14
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25518375      ##+Mediacom,    100 Crystal Run Road,    Middletown, NY 10941-4041
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: cpatterso              Page 2 of 2                  Date Rcvd: Sep 18, 2018
                               Form ID: ntcdsm              Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rigoberto  Garcia    on behalf of Debtor 1 Jacinta  Robinson rgarcia@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
              Sean M McNulty    on behalf of Debtor 1 Jacinta  Robinson smcnulty@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
              Tom  Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                            TOTAL: 4
```